IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 24-mj-00012-MEH

UNITED STATES OF AMERICA,

   Plaintiff,

v.

**MICHAEL KARL GEILENFELD**,

   Defendant.

---

## ENTRY OF APPEARANCE OF COUNSEL

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

_____United States of America_____

DATED at Denver, Colorado this 22nd day of January, 2024.

                                              Alecia L. Riewerts
                                                  Name of Attorney
                                          United States Attorney's Office
                                                  Firm Name
                                          1801 California Street, Suite 1600
                                                 Office Address
                                          Denver, CO, 80202
                                                 City, State, ZIP Code
                                          303-454-0100
                                                 Telephone Number
                                          Alecia.Riewerts@usdoj.gov
                                             Primary CM/ECF E-mail Address

COLE FINEGAN
United States Attorney

By: *s/ Alecia L. Riewerts*
ALECIA L. RIEWERTS
Assistant United States Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0401
E-mail: Alecia.Riewerts@usdoj.gov
Attorney for Government

## CERTIFICATE OF SERVICE

      I hereby certify that on **January 22, 2024**, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

By: s/ *Portia Peter*
PORTIA PETER
Legal Assistant
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0401
E-mail: Portia.Peter@usdoj.gov